# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

130747

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROSIA MITCHELL-CRENSHAW,
Successor Personal Representative
of the Estate of Floyd L. Mitchell,
Deceased,
        Plaintiff-Appellee,

v

                             SC: 130747
                             COA: 263057
                             Oakland CC: 2004-060421-NH

LONNIE JOE, JR., M.D., and
BERNARD KOLE, M.D.,
        Defendants,

and

PROVIDENCE HOSPITAL AND
MEDICAL CENTER,
        Defendant-Appellant.

_____/

      By order of October 17, 2007, the application for leave to appeal the February 7, 2006 judgment of the Court of Appeals was held in abeyance pending the decision in *Braverman v Garden City Hospital* (Docket Nos. 134445-6). On order of the Court, the case having been decided on April 9, 2008, 480 Mich 1159 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk